30 A.3d 380

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Elliott EBERHART, Respondent.**

Supreme Court of Pennsylvania.

Sept. 14, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September 2011, the Petition for Allowance of Appeal is **GRANTED.** The decision below is **VACATED** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Jette,* 611 Pa. 166, 23 A.3d 1032 (2011).

30 A.3d 380

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Antonio JONES, Respondent.**

Supreme Court of Pennsylvania.

Sept. 14, 2011.

106

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September 2011, the Petition for Allowance of Appeal is **GRANTED.** The decision below is **VACATED** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Jette*, 611 Pa. 166, 23 A.3d 1032 (2011).

30 A.3d 380

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jay J. DRUSS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 26, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, the Petition for Allowance of Appeal is hereby **GRANTED,** and the decision of the Superior Court is **VACATED.** The matter is **REMANDED** to the Superior Court for consideration of Petitioner's sentencing claim in light of this Court's decision in *Commonwealth v. Foster*, 17 A.3d 332 (Pa.2011) (plurality).

